UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DEXTER YOUNG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-CV-00023-JRG-CRW ) |
| TONY PARKER, MICHAEL PARRIS, and EDMOND LANE, | ) ) ) ) |
| Defendants. | ) |

## **JUDGMENT ORDER**

For the reasons expressed in the memorandum opinion filed this day, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its memorandum opinion and order that any appeal taken from this decision would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk